UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY L. LATHAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL,<br><br>　　　　Respondent. | No. 2:17-cv-0464 JAM CKD P<br><br><br><br>ORDER |

　　On June 1, 2017, the court recommended that petitioner's amended application for a writ of habeas corpus be summarily dismissed. On July 5, 2017, the court vacated the June 1, 2017 findings and recommendations granting petitioner leave to amend. Petitioner has now indicated that he does not wish to amend.

　　Accordingly, IT IS HEREBY ORDERED that the findings and recommendations filed June 1, 2017 are hereby reinstated. Petitioner has fourteen days from the date of this order to file any further objections he may have to the findings and recommendations. If he wishes, petitioner may stand on the objections filed June 16, 2017.

Dated: October 10, 2017

　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
lath0464.frs